UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANIFEL EL SAYYID ABDULHALIM,

Plaintiff,

v.

CAROLINE COLVIN,

Defendant.

Case No. 15-cv-01481-HSG

**JUDGMENT**

Re: Dkt. Nos. 20, 21, 22

On February 1, 2016, the Court denied Plaintiff's motion for summary judgment. Dkt. No. 20. Because Defendant did not file a cross-motion for summary judgment, the Court ordered the parties to meet and confer regarding what if anything remains to be decided in this case in light of the Court's denial of Plaintiff's motion for summary judgment. *Id.* The parties timely submitted filings responding to the Court's order. Dkt. Nos. 21, 22. The Court has considered the parties' statements and hereby affirms the Administrative Law Judge's decision under 42 U.S.C. § 405(g). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant. The Clerk of Court shall close the file in this matter. Each party shall bear its own costs of suit.

**IT IS SO ORDERED.**

Dated: 2/9/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge